Coleman Watson, Esq.
Watson LLP
189 S. Orange Avenue, Suite 810
Orlando, FL 32801
coleman@watsonllp.com

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CODING TECHNOLOGIES LLC, § § § | |
| Plaintiff, § | Case No.: 1:18-cv-00148-WSD |
| vs. § § | |
| § | **NOTICE OF SETTLEMENT AND** |
| MERCEDES-BENZ USA, LLC, § | **VOLUNTARY DISMISSAL** |
| Defendant. § § § § § § | |

   Plaintiff, CODING TECHNOLOGIES, LLC, hereby gives notice that this action has been settled and thus, voluntarily dismisses this action, pursuant to Fed. R. Civ. P. 41(a), with prejudice.

**DATED** on January 17, 2018

                                                              Respectfully submitted,

                                                              */s/ Coleman Watson*
                                                              **Coleman W. Watson, Esq.**
                                                              Florida Bar. No. 0087288
                                                              California Bar No. 266015
                                                              Georgia Bar No. 317133

                                                              **WATSON LLP**
                                                              189 S. Orange Avenue, Suite 810
                                                              Orlando, FL 32801
                                                              Tel: (407) 377-6634 / Fax: (407) 377-6688

New York Bar No. 4850004
Email: coleman@watsonllp.com
      docketing@watsonllp.com

**WATSON LLP**
189 S. Orange Avenue
Suite 810
Orlando, FL 32801
Tel: (407) 377-6634
Fax: (407) 377-6688

*Attorneys for Plaintiff,*
CODING TECHNOLOGIES LLC